UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICK MCARDLE,
COURTNEY RAMSEY and
ANTHONY CUMMINGS,

                                                      Case No: 5:19-cv-461-JSM-PRL

    Plaintiffs,

v.

CITY OF OCALA, FLORIDA,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS:

That I, Attorney of Record for the Plaintiff in the above styled cause, wherein a civil judgment was rendered on the 18th day of February, 2021 (Doc. 125) and a judgment for fees and costs on August 31, 2021 (Doc. 153) for $392,129.58 against, City of Ocala, the Defendant therein, do hereby acknowledge full payment and satisfaction thereof and hereby consent and direct that the same shall be satisfied of record.

Dated, this 4th day of October, 2021.

SIGNED, SEALED AND DELIVERED IN THE PRESENCE OF:

Abigail Adkins
Witness No. 1 _____

Samantha Howell
Witness No. 2 _Samantha Howell_

Jodi Siegel, Esquire
Florida Bar No.: 511617
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, Florida 32601-4113
Attorneys for Plaintiff

Pursuant to 28 U.S.C. § 1746 (wherever any sworn affidavit is required, such matter may, with like force and effect, be established by the unsworn declaration as true, under penalty of perjury), I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Jodi Siegel*
Jodi Siegel
Executive Director
Southern Legal Counsel, Inc.
1229 NW 12 Avenue
Gainesville, FL 32601

Dated: October 4, 2021